1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8               UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 SAN OEUR,                              )   No.  EDCV 11-00370 JEM
11                                        )
12      Plaintiff,                        )   [~~PROPOSED~~] ORDER AWARDING
                                          )   EAJA FEES
13      v.                                )
14                                        )
   MICHAEL J. ASTRUE,                     )
15 Commissioner Of Social Security,       )
16                                        )
17      Defendant.                        )

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19      IT IS ORDERED that EAJA fees are awarded in the amount of ONE
20 THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($1,500.00) subject to the
21 terms of the stipulation.
22      DATE:  March 15, 2012   */s/John E. McDermott*_____
23                              HON. JOHN E. MCDERMOTT
24                              UNITED STATES MAGISTRATE JUDGE

-1-